PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**
Jan 24, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION FOR SEARCH WARRANT FOR GPS DATA HELD BY B.I. INCORPORATED | CASE NO.   2:23-sw-0062 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated:  01/24/23

*/s/ Kendall J. Newman*
Hon. KENDALL J. NEWMAN
United States Magistrate Judge